IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTARTE DAVIS-RICE, | No. C 07-485 MMC (PR) |
| Petitioner, | **ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |
| v. | |
| SHEILA A. CLARK, Warden, et al., | **(Docket No. 12)** |
| Respondents. | |

On January 24, 2007, petitioner, a federal prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On May 29, 2007, the petition was dismissed for failure to state a claim for habeas relief.  On June 4, 2007, petitioner filed a notice of appeal, which the Court construes as including a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b).  See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).  Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right."  Slack v. McDaniel, 529 U.S. 473, 483 (2000).  Accordingly, the request for a certificate of appealability is hereby DENIED.

The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which petitioner also may seek a certificate of appealability.  See Asrar, 116 F.3d at 1270.

This order terminates Docket No. 12.

IT IS SO ORDERED.

DATED: June 26, 2007

_____
MAXINE M. CHESNEY
United States District Judge